UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 0:25-cr-00353-PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>             Plaintiff,              )<br>                                                          )     NOTICE OF APPEARANCE<br>        v.                                            )<br>                                                          )<br>Anwar Ahmed Adow,              )<br>                                                          )<br>             Defendant.           )  | |

The undersigned attorney hereby notifies the Court and counsel that Patrick L. Cotter shall appear as counsel of record for Anwar Ahmed Adow, Defendant in this case.

Dated: September 18, 2025.             /s/ Patrick L. Cotter
                                                                Patrick L. Cotter (#0319120)
                                                                Sieben & Cotter, PLLC
                                                                105 Hardman Court, Suite 110
                                                                South St. Paul, MN 55075
                                                                (651) 455-1555
                                                                patrick@siebencotterlaw.com