# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE/ARRAIGNMENT/CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Before: The Hon. Paul A. Magnuson |
| v. | Case No: 25-cr-353 (PAM) |
| ANWAR AHMED ADOW, | Date: October 23, 2025 |
| | Court Reporter: Tim Willette |
| Defendant. | Courthouse: St. Paul |
| | Courtroom: 7B |
| | Time Commenced: 11:20 a.m. |
| | Time Concluded: 11:45 a.m. |
| | Time in Court: 25 minutes |

**APPEARANCES**:

    For Plaintiff:    Daniel Bobier, DOJ-USAO

    For Defendant:    Patrick Cotter, RET

**PROCEEDINGS:**

X  Initial appearance

X  Arraignment

X  Waived reading of Information

X  Waived right to Indictment

X  **PLEA AGREEMENT:**

    X  Guilty as to Count 1 of the Information

    X  Presentence Investigation and Report ordered

    X  Personal recognizant bond subject to the terms and conditions

<br>

Dated: October 23, 2025

*s/Nikki Scherek*
Courtroom Deputy to
The Hon. Paul A. Magnuson