UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-353 PAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **NOTICE OF APPEARANCE**

ANWAR AHMED ADOW

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>add AUSA</u>

Matthew C. Murphy

Dated: October 24, 2025     Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*<u>s/Matthew C. Murphy</u>*
BY:  MATTHEW C. MURPHY
Assistant U.S. Attorney