UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
0:25-CR-353 (PAM)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| v. | ) | **TIME TO FILE OBJECTIONS** |
| | ) | **TO PSR REPORT** |
| Anwar A. Adow, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Anwar A. Adow, by and through his attorney, Patrick Cotter, respectfully moves the Court for an extension of time to file his response to the Preliminary Presentence Report. The deadline for filing is December 31, 2025. Additional time is needed to meet with Mr. Adwo to review and discuss the Preliminary Presentence Report. For these reasons, counsel requests an extension of 30 days, making the deadline to file objections to the PSR due on January 28, 2026.

This motion is based on the information in the Court file, the arguments of Counsel, the Federal Rules of Criminal Procedure, and the U.S. Constitution.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated: December 22, 2025.

*/s/ Patrick L. Cotter*
Patrick L. Cotter (Attorney No. 0319120)
Attorneys for Defendant Amarjah Lester
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651) 455 -1555
Fax: (651) 455-9055